UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATSY'S BRAND, INC.,

                        Plaintiff,

      v.                                                     99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC., FRANK        **ORDER**
BRIJA, JOHN BRECEVICH, and NICK
TSOULOS,

                        Defendants.
-----------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

On November 6, 2019, Plaintiff filed objections to the written direct testimony and appended exhibits of Defendant Isa "Frank" Brija. (ECF No. 235.) The Court rules on Plaintiff's objections as follows:

1. Objection One: Sustained.

2. Objection Two: Overruled. The Court receives this testimony not for the truth of Mr. Brija's claim that Plaintiff is in decline, but only for the fact that Mr. Brija claims that these purported facts informed his claimed "belief."

3. Objection Three: Sustained.

4. Objection Four: Sustained.

Dated: New York, New York
         December 3, 2019

                                                              /s/ Kimba M. Wood
                                                                 KIMBA M. WOOD
                                                             United States District Judge