USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATSY'S BRAND, INC.,

                Plaintiff,

v.

I.O.B. REALTY, INC., PATSY'S INC., FRANK
BRIJA, JOHN BRECEVICH, and NICK
TSOULOS,

                Defendants.
------------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict with the Court's calendar, the conference scheduled for Wednesday, December 11, 2019 at 3:00 p.m. is adjourned to Thursday, December 12, 2019 at 2:00 p.m.

Dated: New York, New York
         December 9, 2019

                                      /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                       United States District Judge