UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATSY'S BRAND, INC.,

                        Plaintiff,

v.

I.O.B. REALTY, INC., PATSY'S INC., FRANK
BRIJA, JOHN BRECEVICH, and NICK
TSOULOS,

                        Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Given that Defendants rely on an advice-of-counsel defense in mitigation of punishment, Defendants have waived attorney-client privileges and work product protections. Defendants shall provide to Plaintiff's counsel no later than 5:00 p.m. today all documents submitted to the Court *in camera* by letter dated December 9, 2019.

Dated: New York, New York
         December 11, 2019

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge