UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATSY'S BRAND, INC.,

                        Plaintiff,

v.

I.O.B. REALTY, INC., PATSY'S INC., FRANK
BRIJA, JOHN BRECEVICH, and NICK
TSOULOS,

                        Defendants.
------------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Due to a conflict with the Court's calendar, the conference scheduled for January 24, 2020 is adjourned to February 19, 2020 at 11:00 a.m.

Dated: New York, New York
         January 6, 2020

                                            KIMBA M. WOOD
                                          United States District Judge