UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATSY'S BRAND, INC.,

                        Plaintiff,

v.

I.O.B. REALTY, INC., PATSY'S INC., FRANK
BRIJA, JOHN BRECEVICH, and NICK
TSOULOS,

                        Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court sets the following schedule for the continued evidentiary hearing:

- Defendant Brija's testimony shall resume on March 16, 2020 at 10:00 a.m. Mr. Grandinetti's testimony shall follow as time permits.

- The hearing shall continue on March 19, 2020 at 2:00 p.m., at which time Ms. Stempien Coyle shall testify.

- The witnesses and parties shall be available on March 20, 2020 at 10:00 a.m. to complete any unfinished testimony.

- A post-hearing briefing schedule shall be set at the conclusion of the evidentiary hearing.

- Ms. Stempien Coyle and Mr. Grandinetti shall submit affidavits containing the text of their direct testimony no later than March 9, 2020.

Dated: New York, New York
       February 20, 2020

                                              KIMBA M. WOOD
                                             United States District Judge