USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATSY'S BRAND, INC.,

                       Plaintiff,

    v.

I.O.B. REALTY, INC., PATSY'S INC., FRANK
BRIJA, JOHN BRECEVICH, and NICK
TSOULOS,

                       Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Although the Court regrets that this matter has already been beset by delay, it wishes to prioritize everyone's health. The Court is mindful that some participants in the evidentiary hearing—currently scheduled to take place on March 16, 19, and 20, 2020—would need to travel from out of state to attend. In an effort to reduce all parties' risk of exposure to COVID-19, the hearing is hereby adjourned. The Court is aware that the parties have worked diligently to prepare for the hearing and to accommodate the Court's desire to proceed expeditiously; the Court thanks the parties for their cooperation and understanding.

The parties shall confer and propose dates for a rescheduled hearing in late April. The parties shall submit the proposed dates in a joint letter by March 20, 2020.

Dated: New York, New York
        March 11, 2020

                                                                  KIMBA M. WOOD
                                                   United States District Judge