UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PATSY'S BRAND, INC.,

                          Plaintiff,

           -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                        Defendants.

--------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: April 17, 2021 |

99-CV-10175 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

      The Court hereby Orders the parties to meet and confer regarding how soon the evidentiary hearing may resume virtually rather than in person.   The parties are Ordered to file a joint letter, by **Thursday, April 22, 2021**, providing the Court with a list of consecutive dates (spanning three-day periods) that the parties and witnesses are available for a virtual hearing in April and/or May.

      SO ORDERED.

Dated: New York, New York
      April 17, 2021

                                  _____/s/ Kimba M. Wood_____
                                     KIMBA M. WOOD
                               United States District Judge