```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PATSY'S BRAND, INC.,

                    Plaintiff,

       -against-                                              99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,                            **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                    Defendants.
--------------------------------------------------------X
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 22, 2021

KIMBA M. WOOD, United States District Judge:

In their answers to the Court's Order (ECF No. 332), Ms. Hyland and Mr. Anesh have each defined the word "label" differently—Mr. Anesh narrowly (ECF No. 335), and Ms. Hyland more broadly (ECF No. 336).  It would be useful for the Court to know whether Mr. Grandinetti and Ms. Stempien Coyle disagree with any of the statements made in Ms. Hyland's submission, and if so, what the bases for the disagreements are.  That submission must be filed by **May 23, 2021, at 2 p.m.**

       SO ORDERED.

Dated: New York, New York
       May 22, 2021                                    /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                                       United States District Judge