```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PATSY'S BRAND, INC.,

                    Plaintiff,

      -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                    Defendants.
-------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 27, 2021

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court will receive briefing on the following issues after the hearing: (1) the foreign trademarks at issue as they relate to liability, Plaintiff's Exhibit 21 as it relates to liability, and reliance on advice of counsel as it relates to liability; and (2) damages and potential sanctions:

- Plaintiff's opening brief (not to exceed 35 pages) will be due by June 7, 2021.

- Defendants' opposition (not to exceed 35 pages) will be due June 14, 2021.

- The Court will accept *only a single brief* from Mr. Grandinetti and Ms. Stempien Coyle (not to exceed 15 pages) will be due by June 14, 2021.

- Plaintiff's reply (not to exceed 10 pages) will be due by June 21, 2021.

- Defendants' reply to Mr. Grandinetti and Ms. Stempien Coyle's brief (not to exceed 10 pages) will be due by June 21, 2021.

No extensions will be granted absent extraordinary good faith, and no further briefing will be permitted.

SO ORDERED.

Dated: New York, New York
       May 27, 2021

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                              United States District Judge