```
8UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PATSY'S BRAND, INC.,

                        Plaintiff,

        -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                        Defendants.
-------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: July 13, 2021 |

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court has reviewed the parties' briefing on Plaintiff's July 26, 2019 contempt motion. In order to assist the Court with deciding the motion, the Court ORDERS Plaintiff, Defendants, and non-parties Paul Grandinetti and Rebeca Stempien Coyle each to submit a supplemental submission addressing only the narrow issue of whether coercive sanctions, if the Court decides to issue such sanctions, should be payable to Plaintiff. The submissions are due by **Monday, July 19, 2021** and are not to exceed five pages. No additional briefing will be permitted.

        SO ORDERED.

Dated: New York, New York
       July 13, 2021                              /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                          United States District Judge