```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 12, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

     -against-                                      99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,                 **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.
-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

     In light of the parties' request for an adjournment of the dates set forth in the Court's July 31, 2024 Scheduling Order, that Order is hereby amended as follows:

     <u>August 23, 2024</u> – each party must file with the Court a summary of the information each seeks in discovery

     <u>September 12, 2024</u> – the close of discovery

     <u>September 18, 2024</u> – deadline for providing the Court with affidavits that will serve as each party's direct testimony. The Court will allow live testimony only for cross-examination and redirect examination

     <u>September 20, 2024</u> – To the extent that a party claims that its opponents offer direct testimony that is extraneous to issues to be decided in the case, objections to the extraneous material are due no later than <u>September 20, 2024</u>

     <u>September 26, 2024</u> – the hearing will begin <u>at 10:00 a.m.</u> It will begin with plaintiffs' cross examination of defense witness(es). The parties are directed to initially share the cost of ordering daily copy of the transcript of the hearing, with the cost to be assessed finally as the Court directs.

     <u>October 1, 2024</u> – deadline for filing any post-hearing submissions

     The Court notes that the issues to be decided in this case are narrow ones, and that the parties have already briefed these issues. Thus, no submission shall exceed 8 pages.

2

The Court expects the hearing to take no longer than 4 hours. At the hearing, the Court expects each party to question witnesses regarding important points first, as the Court may cut off testimony if the Court deems further live examination not useful. The hearing will continue from day to day in the unlikely event that the Court deems it necessary.

SO ORDERED.

Dated: New York, New York
August 12, 2024

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge