IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY'S BRAND, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> I.O.B. REALTY, INC., PATSY'S INC., FRANK BRIJA, JOHN BRECEVICH, and NICK TSOULOS <br><br> *Defendants.* | Civil Action No. 99-cv-10175 (KMW) <br><br><br> **NOTICE OF MOTION FOR CIVIL CONTEMPT FOR VIOLATION OF THE PERMANENT INJUNCTION** |

**PLEASE TAKE NOTICE** that plaintiff Patsy's Brand, Inc. ("Patsy's Brand"), by and through its undersigned counsel, hereby moves before the Honorable Kimba M. Wood, U.S.D.J. at the U.S. Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 26A, New York, New York, pursuant to Local Rule 83.6 and the Court's inherent power to enforce its orders, for entry of an Order holding Adem Brija in civil contempt for violating the Permanent Injunction entered by the Honorable John S. Martin, U.S.D.J. on April 17, 2001 (ECF 82) ("Injunction"), as modified and affirmed by the U.S. Court of Appeals for the Second Circuit at *Patsy's Brand, Inc. v. I.O.B. Realty, Inc.*, 317 F.3d 209 (2d Cir. 2003).

**PLEASE TAKE FURTHER NOTICE** that Patsy's Brand shall rely upon the Declaration of Joel G. MacMull and the Proposed Order.

1

**MANDELBAUM BARRETT PC**

By: */s/ Joel G. MacMull*
Joel G. MacMull
570 Lexington Avenue, 21st Floor
New York, New York 10022
T: (212) 776-1834
jmacmull@mblawfirm.com

3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
T: (973) 736-4600

*Attorneys for Plaintiff
Patsy's Brand, Inc.*

Dated: September 6, 2024

# CERTIFICATE OF SERVICE

I, Joel G. MacMull, hereby certify that on September 6, 2024, I caused a copy of the foregoing motion to be served upon the counsel of record for I.O.B. Realty, Inc., Isa Brija, Nexhmije Nezaj, and Muharrem Memishaj, and Brian Roffe named below, by CM/ECF and electronic mail:

Adam Leitman Bailey, Esq.
One Battery Park Plaza, 18th Floor
New York, New York 10004

Benjamin M. Oxenburg, Esq.
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, New York 10005

I, Joel G. MacMull, hereby further certify that on Friday, September 6, 2024, pursuant to Local Rule 83.6 and the Court's Order, I sent a copy of the foregoing motion together with a copy of Local Rule 83.6 to a process server to personally serve the person named below at the addresses identified below:

Adem Brija
350 East 118th Street, Apt. 1
New York, NY 10035

Adem Brija
Patsy's Pizzeria
2287 1st Avenue
New York, NY 10035

Dated: September 6, 2024

*/s/ Joel G. MacMull*
Joel G. MacMull

4881-3179-4658, v. 1