USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 19, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PATSY'S BRAND, INC.,

           Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

           Defendants.

----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    By September 23, 2024, Defendants shall identify for the Court who wrote, and who sent, the documents referenced in ECF No. 465.

    SO ORDERED.

Dated: New York, New York
       September 19, 2024

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                        United States District Judge