USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: September 19, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

PATSY'S BRAND, INC.,

Plaintiff,

-against-

I.O.B. REALTY, INC., PATSY'S INC., FRANK BRIJA, JOHN BRECEVICH, and NICK TSOULOS,

Defendants.

-----------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

By September 23, 2024, parties and counsel are directed to send to Chambers two hard copies of all Affidavits recently submitted, along with any exhibits thereto. The exhibits must be numbered and tabbed. The submissions must be in 3-ring binders, each of which shall be no thicker than one inch. Each binder shall show on its side and its front what it contains.

The parties shall also submit two hard copies of counsel's recent letters to the Court, along with copies of any prior filings referenced in counsel's letters, in 3-ring binders no thicker than one inch, tabbed to identify each letter and each document referenced in the letter. Each binder shall show on its side and its front what it contains.

SO ORDERED.

Dated: New York, New York
September 19, 2024

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge