```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 19, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

  -against-                                  99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,               **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.

-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On August 12, 2024, the Court ordered the parties to submit affidavits containing the text of any direct testimony they intend to present through witnesses at the September 26, 2024 hearing. (Order, ECF No. 442.) At that time, the Court did not order the submission of an Affidavit from Respondent Brian Roffe.

      The Court now orders that, by September 23, 2024, Respondent Brian Roffe shall submit an Affidavit of any direct testimony he plans to offer at the September 26, 2024 hearing. The Affidavit shall not exceed 8 pages. Respondent shall send two courtesy copies to the Court, each in a 3-ring binder, with numbered tabs separating any exhibits.

      To the extent that a party claims that Respondent Roffe offers direct testimony that is extraneous to the issues to be decided in the case, objections to the extraneous material are due no later than September 24, 2024.

2

The Court reminds the parties that witnesses for whom an Affidavit has been filed must appear at the September 26, 2024 hearing for examination.

SO ORDERED.

Dated: New York, New York
      September 19, 2024

                                                               */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                               United States District Judge