**Furman Kornfeld & Brennan LLP**

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

September 22, 2024

<u>*Via ECF*</u>
Honorable Kimba M. Wood, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

    Re: *Patsy's Brand, Inc. v. I.O.B. Realty, Inc., et al.*
       SDNY Case No.: 99-cv-10175-KMW
       <u>Response to September 19, 2024 Court Order (Dkt. 469)</u>

Dear Judge Wood,

  Our firm represents non-party Respondent Brian Roffe, Esq. ("Attorney Roffe") with respect to Plaintiff Patsy's Brand, Inc.'s motion for contempt (Dkt. 397, *et seq*.) (the "Contempt Motion") and the associated proceedings in the above referenced matter. We write pursuant to Your Honor's Individual Rule 1.A to respectfully advise the Court that, further and in response to the Court's September 19, 2024 Order (Dkt. 469), Attorney Roffe does not plan to submit an affidavit of direct testimony to be offered at the September 26, 2024 hearing. Therefore, Attorney Roffe did not plan to appear in person at the September 26, 2024 hearing.

  We thank the Court for its attention and consideration as to this matter.

            Respectfully Submitted,

            F<small>URMAN</small> K<small>ORNFELD</small> & B<small>RENNAN</small> LLP
            C<small>OUNSEL FOR</small> R<small>ESPONDENT</small> B<small>RIAN</small> R<small>OFFE</small>, E<small>SQ</small>.

            */s/ Benjamin M. Oxenburg*
            Spencer A. Richards
            Benjamin M. Oxenburg

cc: Counsel of Record – via ECF