```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 24, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

     v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.
----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      By October 8, 2024, Plaintiff and Defendants Frank Brija and I.O.B. Realty, Inc. are hereby ordered to submit any documentation supporting damages and fines sought in connection with this action, including: (a) compensatory damages sought, and for attorney's fees, diary entries of lawyers supporting each component of attorney's fees sought; (b) itemizations of any reimbursement costs sought; and (c) each party's position with respect to the amount of any fine the Court might impose, including coercive sanctions. This documentation shall include, *inter alia*, for plaintiff, any information relevant to the amount of any monetary harm caused by defendants' alleged actions, and related costs; and for defendants, the annual receipts of their businesses, as well as their associated costs; Mr. Brija's annual income from any and all sources;

the type and value of any assets held by Mr. Brija, by Nexhmije Nezaj, or by anyone for Mr. Brija's benefit; and an account of Mr. Brija's monthly living expenses.

    SO ORDERED.

Dated: New York, New York
      September 24, 2024

                                          */s/ Kimba M. Wood*
                                           KIMBA M. WOOD
                                    United States District Judge