```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 24, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

      v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      By 12:00 p.m. on September 25, 2024, the parties are ordered to contact the Court Reporters Office to order same-day transcripts of Thursday's hearing.

      The Court notes that because this is the week of the United Nations General Assembly, traffic is unusually congested in Manhattan. The parties and counsel are required to allow time to arrive in court **by 9:30 a.m.** The Court counsels the parties to consult traffic sites and to plan for ample time to arrive in the courtroom by 9:30 a.m. **No excuse** for lateness is likely to be honored, because anyone arriving late will have planned poorly, and because everyone else in court will have wasted valuable time waiting for him/her. If any person's absence delays the start of the hearing, the Court is likely to **deduct the amount of the delay from the time allowed for his/her counsel's examination**.

Unless the Court grants an extension, the following states **time limits for examination** of witnesses at the September 26, 2024 hearing:

- Plaintiff's counsel shall be allowed **one hour** for cross-examination of Frank Brija, and shall be allowed **one half hour** for cross-examination of each additional witness Plaintiff calls to the stand.

- Defendants' counsel shall be allowed **one half hour** for re-direct examination of Frank Brija and **15 minutes** for re-direct examination of each additional witness cross-examined by Plaintiff's counsel.

- Plaintiff's counsel shall be allowed **15 minutes** for re-cross examination of each witness who gave re-direct testimony.

SO ORDERED.

Dated: New York, New York
September 24, 2024

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge