```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 25, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

        Plaintiff,

   v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

        Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Unless the Court grants a reasonable extension, the following time limits supplement the September 24, 2024 order (ECF No. 485) allotting time limits for the examination of witnesses at the September 26, 2024 hearing:

- Defendants' counsel shall be allowed **one half hour** for cross-examination of Plaintiff's affiants.

- Plaintiff's counsel shall be allowed **15 minutes** for re-direct examination.

- Defendants' counsel shall be allowed **15 minutes** for re-cross examination of each witness who gave re-direct testimony.

Given the traffic congestion in Manhattan due to this week's United Nations General Assembly, it is acceptable for the parties to arrive in court by **10 a.m.**

    SO ORDERED.

Dated: New York, New York
       September 25, 2024

                                                                   */s/ Kimba M. Wood*
                                                                   KIMBA M. WOOD
                                                         United States District Judge