```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 26, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

        Plaintiff,

   v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

        Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On September 20, 2024, Plaintiff filed objections to the written direct testimony and appended exhibits of Defendant Frank Brija and Respondent Nexhmije Nezaj. (ECF No. 473.) On the same day, Defendants filed objections to the written direct testimony of Declarant Lisa Scognamillo. (ECF No. 477.)

For purposes of the September 26, 2024 hearing, the Court sustains Plaintiff's objections as follows:

- Affidavit of Frank Brija (ECF No. 462): Paragraphs 3, 4, 5, 13, 14, 15, 16, 17, 29, 31, 34, 42, 43, 44, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and Exhibits A, B, C, E, F, G, H, I

- Affidavit of Nexhmije Nezaj (ECF No. 460): Paragraph 6

The Court rules on Defendants' objections as follows:

- Letters within Declaration of Lisa Scognamillo (ECF No. 465): Overruled, subject to later connection.

SO ORDERED.

Dated: New York, New York
      September 26, 2024                                 */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                                 United States District Judge