**Furman Kornfeld & Brennan LLP**

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

September 27, 2024

<u>*Via ECF*</u>
Honorable Kimba M. Wood, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

      Re:    *Patsy's Brand, Inc. v. I.O.B. Realty, Inc., et al.*
             <u>SDNY Case No.: 99-cv-10175-KMW</u>

Dear Judge Wood,

    Our firm represents non-party Respondent Brian Roffe, Esq. ("Attorney Roffe") with respect to Plaintiff Patsy's Brand, Inc.'s motion for contempt (Dkt. 397, *et seq*.) (the "Contempt Motion") and the associated proceedings in the above referenced matter. We write pursuant to Your Honor's direction and Individual Rule 1.A to advise the Court that while Attorney Roffe sincerely considered Your Honor's offer, he respectfully declines to submit to a remote deposition or questioning.

    Undersigned counsel also respectfully reiterates our request for oral argument on the Contempt Motion, as stated during yesterday's hearing, following Adem Brija's response to Plaintiff's forthcoming subpoena.

    We thank the Court for its attention and consideration as to this matter.

                                 Respectfully Submitted,

                                 FURMAN KORNFELD & BRENNAN LLP
                                 COUNSEL FOR RESPONDENT BRIAN ROFFE, ESQ.

                                 Spencer A. Richards
                                 Benjamin M. Oxenburg

cc:    Counsel of Record – via ECF