```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 27, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

    v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.
----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court's August 12, 2024 Scheduling Order set the deadline for the filing of any post-hearing submissions as October 1, 2024. (ECF No. 442.) The deadline for post-hearing submissions is hereby extended to October 8, 2024.

    SO ORDERED.

Dated: New York, New York
       September 27, 2024

                                                        */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                        United States District Judge