

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

September 30, 2024

**VIA ECF ONLY**

Hon. Kimba M. Wood, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 26A
New York, New York 10007

        Re:   ***Patsy's Brand, Inc. v. I.O.B. Realty, Inc.***
               **Case No. 99-cv-10175-KMW**

Dear Judge Wood:

      We represent plaintiff Patsy's Brand, Inc. ("Patsy's Brand"). We write to the Court regarding respondent Brian Roffe, Esq.'s filing on Friday, September 24, 2024, wherein he "declines to submit to a remote deposition or questioning." (ECF 491). While we are in receipt of the Court's text order from moments ago (ECF 493), Patsy's Brand wishes to make its own record regarding attorney Roffe's refusal to testify.

      Patsy's Brand is rather surprised by attorney Roffe's refusal to submit to a deposition because he has (i) appeared in and litigated this matter by filing briefing and a sworn declaration opposing Patsy's Brand's motion for contempt (ECF 423, 424[1]); and (ii) served written discovery on Patsy's Brand for which he has received responses. Indeed, on one hand, attorney Roffe served discovery on Patsy's Brand, but on the other hand, he is refusing to further participate in discovery and continues to request oral argument on the present motion. (ECF 491.) It is not surprising that attorney Roffe does not support his position that he may selectively pick and choose those aspects of this contempt proceeding that he participates in with a citation to any legal authority. It is also surprising that attorney Roffe has taken such an uncooperative position as an attorney admitted to practice in the Southern District of New York, (ECF 424 n.1), over whom this court has general supervisory authority. *Shabbir v. Pakistan Int'l Airlines*, 443 F. Supp. 2d 299, 303-04 (E.D.N.Y. 2005).

---

[1]     Attorney Roffe's sworn declaration in opposition to the motion for contempt is particularly probative because in it he attests that March 1, 2024, "was the first time [he] became aware of the Injunction." (ECF 424 ¶ 6.)

Hon. Kimba M. Wood, U.S.D.J.
September 30, 2024
Page 2 of 2

      Given this, Patsy's Brand respectfully asks that the Court order attorney Roffe to appear for a remote deposition at a date a time to be determined by the parties (but in no event later than October 11, 2024), and, if he refuses to do so and answer questions about his conduct, to draw an adverse inference against him in this proceeding or otherwise sanction him in accordance with Fed. R. Civ. P. 37(b)(2)(A)(ii) or (vii).

      Patsy's Brand is, of course, available at the Court's convenience should it wish to further discuss this issue. The Court's continued attention to this matter is appreciated.

      Respectfully submitted,

      Joel G. MacMull

cc:    All Counsel of Record (*via ECF*)