

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 7, 2024
```

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

October 2, 2024

**VIA ECF ONLY**

**MEMO ENDORSED**

Hon. Kimba M. Wood, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 26A
New York, New York 10007

      Re:   *Patsy's Brand, Inc. v. I.O.B. Realty, Inc.*
               **Case No. 99-cv-10175-KMW**

Dear Judge Wood:

      We represent plaintiff Patsy's Brand, Inc. ("Patsy's Brand"). We write to the Court again now in connection with its recent orders dated September 24th and 27th, 2024. (ECF 484 and 492, collectively the "Orders".)

      Regrettably, our letter to the Court yesterday failed to contain a separate request for an extension of time in connection with the Orders regardless of whether the Court adopts Patsy's Brand's proposal of permitting the factual record to be completed before any resulting briefing is filed. For the reasons explained below, in the event the Court declines Patsy's Brand request filed yesterday (ECF 495), it respectfully requests a **10-day** extension of time, until October 18, 2024, to file its responses to the Orders.

      Pursuant to § 1.G of Your Honor's Individual Rules, this is Patsy's Brand's first request for an extension of time in connection with the Orders. Defendants and certain respondents have withheld their consent —albeit without explanation — while attorney Roffe has no objection to this request.

      As required by Fed. R. Civ. P. 6(b)(1)(A), Patsy's Brand submits good cause exists for the requested extension of time. In addition to the press of other matters before this and other courts, Patsy's Brand's counsel will be observance of the Jewish High Holiday — Rosh Hashanah — which begins later this evening at sundown and runs through Friday evening. The loss of these two days to observe the holiday leaves Patsy's Brand with little time to draft its submissions if the

Hon. Kimba M. Wood, U.S.D.J.
October 2, 2024
Page 2 of 2

Court's October 8, 2024 deadlines are not extended. Accordingly, it is respectfully submitted that the time for Patsy's Brand's to file it responses to the Orders be extended through October 18th, 2024.

The Court's continued attention to this matter is appreciated.

Respectfully submitted,

*[signature]*

Joel G. MacMull

cc:   All Counsel of Record (*via ECF*)

**In response to this request for an extension of time and the request for an extension of time in ECF No. 495, the Court extends both parties' time to submit post-hearing submissions and documentation supporting damages to October 28, 2024.**

**SO ORDERED.**

**DATED: New York, New York**
**October 7, 2024**

                    */s/ Kimba M. Wood*
                    **KIMBA M. WOOD**
                    **UNITED STATES DISTRICT JUDGE**