```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 7, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

  v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    This Order responds to an email from Defendants' counsel on October 2, 2024 inquiring about the Court's sealing procedures with respect to Defendants' forthcoming submissions in response to the Court's September 24, 2024 Order. (Order, ECF No. 484.)

    Defendants' counsel is directed to submit to the Chambers email inbox by October 28, 2024 at 5 p.m.: (1) A short letter requesting to file the documents under seal and explaining the basis for the request; (2) a copy of the documents with the material to be redacted highlighted (such that the highlighted material remains legible); and (3) an unredacted copy of the documents. Defendants shall also file a redacted version of the documents on ECF.

Defendants' counsel is directed to meet and confer with Plaintiff's counsel to consider an appropriate Confidentiality Order regarding the financial documents at issue no later than October 28, 2024 at 5 p.m.

SO ORDERED.

Dated: New York, New York
October 7, 2024

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge