USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 7, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

        Plaintiff,

   v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

        Defendants.
---------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    By October 11, 2024 at 5 p.m., counsel for Respondent Brian Roffe must submit a letter to the Court providing:

1) Any explanation for Mr. Roffe's reliance on RPC Rule 1.7 (ECF No. 497), which relates to conflicts of interest between a lawyer's two clients; and

2) A detailed account of any advice Mr. Roffe provided[1] to (1) Mr. Frank Brija, and (2) Mr. Adem Brija, separately, and/or to both at the same time, concerning 4(e) of the Injunction.[2]

    SO ORDERED.

Dated: New York, New York
       October 7, 2024

                                                    */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                            United States District Judge

---

[1] It is a well-established principle that when a defendant asserts an advice-of-counsel defense, as Mr. Frank Brija does here, with respect to any subject, he waives any attorney-client privilege that would otherwise attach to the subject. *See, e.g.*, *United States v. Bilzerian*, 926 F.2d 1285, 1292 (2d Cir. 1991).

[2] The Court has reviewed the interrogatory responses Mr. Roffe provided to Plaintiff's counsel, including the email identified by Mr. Roffe as responsive.