```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 17, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

  v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.

----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    By October 21, 2024 at 5 p.m., Respondent Brian Roffe must file an affidavit providing a detailed account of the substance of any legal advice Mr. Roffe provided to Mr. Frank Brija regarding Paragraph 4(e) of the Injunction during the telephone conversations referenced in counsel's October 11, 2024 letter. (ECF No. 503.)

    SO ORDERED.

Dated: New York, New York
      October 17, 2024

                                                    */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                       United States District Judge