**Furman Kornfeld & Brennan LLP**

Wall Street Plaza

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 18, 2024

October 17, 2024

## MEMO ENDORSED

<u>Via ECF</u>
Honorable Kimba M. Wood, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

Re: *Patsy's Brand, Inc. v. I.O.B. Realty, Inc., et al.*
SDNY Case No.: 99-cv-10175-KMW
<u>Request for Extension re Deadline in October 17, 2024 Order (Dkt. 505)</u>

Dear Judge Wood,

Our firm represents non-party Respondent Brian Roffe, Esq. ("Attorney Roffe") with respect to Plaintiff Patsy's Brand, Inc.'s motion for contempt (Dkt. 397, *et seq*.) (the "Contempt Motion") and the associated proceedings in the above referenced matter. We write pursuant to Your Honor's Individual Rule 1.G to respectfully request a two (2) day extension of time for Attorney Roffe to file the affidavit directed by the Court in its Order from today (Dkt. 505). Attorney Roffe is observing the Sukkot holiday and is out of the office this week.

Counsel for Plaintiff and counsel for co-Respondents do not object to this request.

We therefore respectfully request an extension of the deadline for Attorney Roffe to file the subject affidavit from October 21, 2024 at 5:00 PM to October 23, 2024 at 5:00 PM.

There have been no prior requests for an extension of this deadline.

We thank the Court for its attention and consideration as to this matter.

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**
COUNSEL FOR RESPONDENT BRIAN ROFFE, ESQ.

*[signature]*

Spencer A. Richards
Benjamin M. Oxenburg

cc: Counsel of Record – via ECF

**With Plaintiff's and co-Respondents' consent, Respondent Brian Roffe's request for an extension of time to October 23, 2024 at 5 p.m. is GRANTED.**

**SO ORDERED.**

**DATED:  New York, New York**           */s/ Kimba M. Wood*
**         October 18, 2024**              **KIMBA M. WOOD**
                                          **UNITED STATES DISTRICT JUDGE**

Westchester: 84 Business Park Drive, Suite 211, Armonk, NY 10504  |  Tel: 914-920-4000  |  Fax: 914-347-3898
Long Island: 666 Old Country Road, Garden City, NY 11530  |  Tel: 718-983-3501