```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 13, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

    v.

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.
---------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Pursuant to Federal Rule of Civil Procedure 45(c), Plaintiff is directed to subpoena and depose Respondent Brian Roffe either in person in Florida, within 100 miles of Mr. Roffe's residence or place of employment, or remotely.  The deposition must be videotaped.  Plaintiff must take Mr. Roffe's deposition by January 8, 2025.

    SO ORDERED.

Dated: New York, New York
       November 13, 2024                                  */s/ Kimba M. Wood*
                                                           KIMBA M. WOOD
                                                  United States District Judge