IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY'S BRAND, INC. <br><br> *Plaintiff,* <br><br> -against- <br><br> I.O.B. REALTY, INC., PATSY'S INC., FRANK BRIJA, JOHN BRECEVICH, and NICK TSOULOS, <br><br> *Defendants.* | Civil Action No. <br> 99-cv-10175 (KMW) <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4(b) of the United States District Court, Southern District of New York, and upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Adam Leitman Bailey (the "ALB Decl."), both dated January 9, 2025, as well as the exhibits thereto and all prior papers and proceedings herein, Adam Leitman Bailey, P.C. ("ALBPC") will move this Court, before the Honorable Kimba M. Wood, United States District Judge, at the U.S. Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 26A, New York, New York on Thursday, February 6, 2025, at 10:00 in the forenoon or on such alternative date and time as the Court shall so designate, for an Order (i) permitting ALBPC (including all attorneys employed by ALBPC) to withdraw as counsel for Defendants I.O.B. Realty, Inc., Patsy's Inc., Frank Brija and Respondents, Nexmije Nezaj, Muharrem Memishaj, and Adam Brija (jointly, "Defendants/Respondents"); (ii) permitting the filing of each of the Memorandum of Law and

1

the ALB Decl. under seal and for *in* camera review without service upon, or availability for review by, Plaintiff or Respondent Brian Roffe, or their counsel, and without filing in the ECF system, (iii) granting a sixty (60) day stay of all proceedings so that Defendants/Respondents may retain new counsel; and (iv) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 1.4(b), ALBPC states that it does not seek a retaining or charging lien in connections with its representation of Defendants/Respondents.

**PLEASE ALSO TAKE NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing or response papers must be served within fourteen (14) days after service of these moving papers; and any reply papers must be served within seven days after service of the answering papers.

Dated: New York, New York  
January 9, 2025

Respectfully submitted,

ADAM LEITMAN BAILEY, P.C.  
*Attorneys for Defendants/Respondents*

By: /s/ Adam Leitman Bailey  
Adam Leitman Bailey, Esq.  
One Battery Park Plaza, 18th Floor  
New York, New York 10004  
(212) 825-0365  
alb@alblawfirm.com