```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                         │
                                              │ DOCUMENT                          │
                                              │ ELECTRONICALLY FILED              │
UNITED STATES DISTRICT COURT                  │ DOC #: _____            │
SOUTHERN DISTRICT OF NEW YORK                 │ DATE FILED: January 17, 2025      │
                                              └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PATSY'S BRAND, INC.,

                        Plaintiff,

     -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                      Defendants.

-------------------------------------------------------X

99-CV-10175 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

      On January 9, 2025, Adam Leitman Bailey, counsel for defendants I.O.B. Realty, Inc., Patsy's Inc., and Frank Brija, as well as Respondents Adem Brija, Nexhmije Nezaj, and Muharrem Memishaj, filed a motion to withdraw as counsel. (ECF No. 537.) Mr. Bailey emailed the motion papers to the Court on the same day and provided a copy to his clients. (ECF No. 538.) On January 13, 2025, Plaintiff's counsel filed a letter in opposition. (ECF No. 539.)

      At this time, the Court withholds judgment on the motion to withdraw and to file the supporting papers under seal. Plaintiff's counsel is entitled, however, to know the basis for the motion. *See Scala v. Little Feet Childcare Ctr. LLC*, 2024 WL 3342604, at *1 (S.D.N.Y. July 9, 2024) (Reznik, J.) (quoting *Luxwear Ltd. v. Adaptiv Rsch. & Dev. Grp.*, 2023 WL 3010397, at *1 (S.D.N.Y. Mar. 28, 2023) (Moses, J.)). Plaintiff's counsel is hereby informed that the basis for defense counsel's motion to withdraw is a dispute regarding Defendants' and Respondents' failure to pay their legal bills, as well as irreconcilable differences. *See id.* (quoting *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 165 (E.D.N.Y. 2006)).

Defendants and Respondents are ordered to submit a letter response to the motion to withdraw, no longer than 5 pages, by January 24, 2025 at 5 p.m.  Otherwise, the Court will decide the motion on the current record.

Mr. Bailey is directed to provide a copy of this Order to Defendants and Respondents by email as soon as practicable.

SO ORDERED.

Dated: New York, New York
        January 17, 2025                              _/s/ Kimba M. Wood_____
                                                      KIMBA M. WOOD
                                                      United States District Judge