UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 7, 2025
```

------------------------------------------------------X

PATSY'S BRAND, INC.,

                   Plaintiff,

    -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                   Defendants.

99-CV-10175 (KMW)

**<u>ORDER</u>**

------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On January 29, 2025, the Court granted Adam Leitman Bailey's motion to withdraw as counsel, on the condition that Defendant I.O.B. Realty, Inc. appear in this action through new counsel by March 31, 2025.  (Opinion & Order, ECF No. 544.)

Defendants and Respondents are hereby ordered to submit a letter, no longer than 2 pages, by Friday, March 14, 2025 at 5 p.m.  The letter should be emailed to WoodNYSDChambers@nysd.uscourts.gov and must provide the Court with an update regarding the following issues:

- Whether I.O.B. Realty, Inc. has retained new counsel, and if so, when new counsel plans to file a notice of appearance and whether new counsel will also represent the individual Defendants and Respondents;

- If I.O.B. Realty, Inc. has yet to retain new counsel, what steps Defendant has taken to comply with the Court's Opinion & Order, including how many attorneys Defendant has contacted and how many discussions with potential new counsel have occurred.

The Court reminds all Defendants and Respondents that the deadline for I.O.B. Realty, Inc.'s new counsel to appear is March 31, 2025, and Defendants and Respondents are to file their opposition brief by April 16, 2025.

Mr. Bailey is directed to provide a copy of this Order to Defendants and Respondents by email as soon as practicable.

SO ORDERED.

Dated: New York, New York
      March 7, 2025                                */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                  United States District Judge