```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 17, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

  -against-                                    99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,                  **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On March 7, 2025, the Court ordered Defendant I.O.B. Realty, Inc. to submit a letter providing the Court with an update regarding the status of Defendant's search for new counsel. (Order, ECF No. 547.) The Court has received Defendant's letter dated March 14, 2025. (Letter, ECF No. 551.) That letter described the difficulty I.O.B. Realty, Inc. has had retaining new counsel.

      The Court reminds Defendant that a corporation can appear in court only through an attorney, and may not proceed *pro se*. If a corporation fails to appear through counsel, the Court may enter a default judgment against it. A default judgment would likely result in I.O.B. Realty, Inc. being required to pay Plaintiff all of the money Plaintiff seeks from it, and being required to comply with any injunctions sought by Plaintiff. The Court encourages Defendant to continue to attempt to retain new counsel, in order to comply with the Court's January 29, 2025 Opinion & Order and to avoid a default judgment.

2

Mr. Bailey is directed to provide a copy of this Order to Defendants and Respondents by email as soon as practicable.

SO ORDERED.

Dated: New York, New York
      March 17, 2025
                                                              */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                               United States District Judge