**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| PATSY'S BRAND, INC., | : | 99-CV-10175(KMW) |
| | : | |
| *Plaintiff(s),* | : | **MOTION FOR ADMISSION** |
| | : | **PRO HAC VICE** |
| - against - | : | |
| | : | |
| I.O.B. REALTY, INC., PATSY'S INC., | : | |
| FRANK BRIJA, JOHN BRECEVICH, and | : | |
| NICK TSOULOS, | : | |
| | : | |
| *Defendant(s).* | : | |

------------------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Denis B. Rose, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for I.O.B. Realty, Inc., Defendant in the above-captioned action.

I am a member in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 20, 2025
      New York, NY                         With gratitude,

_____
Denis B. Rose, Esq., CFA

**Rose Law Office, PLLC**
381 Park Avenue South, Suite 1220
New York, NY 10016

1

P. (917) 774 - 5947
E. esquiredenis@gmail.com
W. www.goooroselaw.com