

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 14, 2025
```

April 11, 2025

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Kimba M. Wood, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, New York 10007

      Re:    *Patsy's Brand, Inc. v. I.O.B. Realty, Inc., et al.*
             SDNY Case No.: 99-cv-10175-KMW
             <u>Request for Extension of Time to File Supplemental Opposition Brief</u>

Dear Judge Wood,

      Our firm represents non-party Respondent Brian Roffe, Esq. ("Attorney Roffe") with respect to Plaintiff Patsy's Brand, Inc.'s motion for contempt (Dkt. 397, *et seq*.) (the "Contempt Motion") and the associated proceedings in the above referenced matter. We write pursuant to Your Honor's Individual Rule 1.G to request an extension of time to submit the supplemental opposition brief as set forth by the Court's January 29, 2025 Order (Dkt. 544). This is Attorney Roffe's first request for an extension of time with respect to the supplemental opposition brief.

      The original due date for Attorney Roffe's supplemental opposition brief is April 16, 2025. Due to Attorney Roffe being out of the country for the entirety of the Passover holiday (April 12-April 20, 2025), as well as undersigned counsel's schedule, Attorney Roffe requested an extension through April 29, 2025 and agreed to any amount of time Plaintiff needed for its reply. Plaintiff did not consent to that proposal. Plaintiff advised that it would agree to an extension for Attorney Roffe's supplemental opposition brief through April 23, 2025, with Plaintiff's supplemental reply brief due by May 7, 2025, with the caveat that it would withdraw its consent to the April 23 extension if not accepted by Attorney Roffe.

      In the interest of good faith cooperation and to avoid further back and forth with Plaintiff on this issue, Attorney Roffe will agree to this proposal if acceptable to the Court.

      We thank the Court for its attention and consideration as to this matter.

**The Court grants Respondent Roffe's request for an extension of time to file his supplemental opposition brief. The brief is due April 23, 2025.  Plaintiff's supplemental reply is due May 7, 2025.**

**SO ORDERED.**

**DATED: New York, NY**
        **April 14, 2025**

         */s/ Kimba M. Wood*
        **KIMBA M. WOOD**
  **UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**
COUNSEL FOR RESPONDENT BRIAN ROFFE, ESQ.

Spencer A. Richards
Benjamin M. Oxenburg

      cc:    Counsel of Record – via ECF
            Frank Brija, Adem Brija, Nexhmije Nezaj, Muharrem Memishaj – via email