USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 15, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.
---------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     On April 14, 2025, the Court received an email from Defendant Frank Brija asking about the scope of the extension the Court granted to Respondent Brian Roffe. (ECF No. 562.) The extension applies only to Respondent Roffe's opposition brief. At this time, the remaining Defendants and Respondents must submit their opposition brief by Wednesday, April 16, 2025. If the remaining Defendants and Respondents require more time, they must confer with Plaintiff's counsel to discuss a mutually agreed-upon extension. Any extension request must be submitted to the Court as a letter-motion, consistent with the Court's [Individual Rules & Practices](#), Rule 1.G.

     Mr. Rose is directed to provide a copy of this Order to Mr. Brija by email as soon as practicable.

     SO ORDERED.

Dated: New York, New York
      April 15, 2025

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                        United States District Judge