USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 8, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.
---------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On June 11, 2025, at 1:00 p.m., the Court will hold oral argument on Plaintiff's motions to hold I.O.B. Realty, Inc., Frank Brija, Adem Brija, Nexhmije Nezaj, Muharrem Memishaj, and Brian Roffe, Esq., in civil contempt of court for violating the terms of the permanent injunction in this case. The Court will not accept any post-argument briefs. The argument will proceed as follows:

- Counsel for Plaintiff: 20 minutes

- Counsel for I.O.B. Realty, Inc., Defendant Frank Brija, and Respondents Adem Brija, Nexhmije Nezaj, and Muharrem Memishaj: 45 minutes, to be split amongst Defendants and Respondents however they so choose

- Counsel for Respondent Roffe: 15 minutes

- Plaintiff Rebuttal: 10 minutes

All parties must adhere to the time limits outlined above. The Court's clerks will keep time. The Court's questions and the time spent answering those questions will not count against any party.

SO ORDERED.

Dated: New York, New York
May 8, 2025

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge