```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On May 14, 2025, counsel for Respondent Brian Roffe requested an adjournment of the June 11, 2025 oral argument. (Letter, ECF No. 578.) Counsel for Defendant I.O.B. Realty, Defendant Frank Brija, and Respondent Adem Brija do not object. (*Id.*) Plaintiff's counsel opposes the adjournment request, or in the alternative, requests that the Court order the parties to meet and confer regarding alternative dates to propose to the Court. (Letter, ECF No. 579.)

    Oral argument is adjourned to Thursday, July 10, 2025 at 10:00 a.m. The parties should also be available on Friday, July 11, 2025 if additional time is needed.

    The Court will not entertain any further adjournment.

    SO ORDERED.

Dated: New York, New York
       May 19, 2025

                                                  */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                                  United States District Judge