```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 29, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

           Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

           Defendants.
---------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On May 27, 2025, Plaintiff's counsel filed a consent letter, ECF No. 581, stating that the first available date for all the interested parties and their counsel to appear for oral argument is August 7, 2025.

Counsel and *pro se* parties are each ordered to file, no later than June 13, 2025, an Affidavit listing each date between July 14, 2025 and July 31, 2025, on which the Affiant is unavailable for a 4-hour oral argument, and stating the reason Affiant is not available for four hours that day.

    SO ORDERED.

Dated: New York, New York
       May 29, 2025

                                                         */s/ Kimba M. Wood*
                                                         KIMBA M. WOOD
                                         United States District Judge