UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

                    Plaintiff,

   -against-                                   99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,             **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                    Defendants.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On May 29, 2025, the Court ordered counsel and *pro se* parties to file affidavits regarding their availability for oral argument. (ECF No. 582.) The Court has received and reviewed the affidavits. (ECF Nos. 583, 584, 585, and 586.)

      Oral argument is hereby adjourned to Friday, July 25, 2025 at 10:00 a.m. The parties should also be available on Monday, July 28, 2025 if additional time is needed.

      **The Court will not entertain any further adjournment.**

      SO ORDERED.

Dated: New York, New York
       June 23, 2025                                   */s/ Kimba M. Wood*
                                                       KIMBA M. WOOD
                                           United States District Judge