```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PATSY'S BRAND, INC.,

           Plaintiff,

  -against-                                      99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,              **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

           Defendants.

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    At the July 25, 2025 oral argument, the Court ordered Plaintiff's counsel to submit a supplemental application for attorneys' fees and costs by August 15, 2025.

    Upon reconsideration, the Court withdraws the oral order. The Court will set an appropriate schedule for supplemental briefing in its forthcoming Opinion and Order on the Motion for Civil Contempt.

    SO ORDERED.

Dated: New York, New York
       July 25, 2025                                        */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                            United States District Judge