# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**PATSY'S BRAND, INC.** _____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

**I.O.B. REALTY, INC., PATSY'S INC, FRANK BRIJA,** _____

**JOHN BRECEVICH AND NICK TSOULOS** _____
(List the full name(s) of the defendant(s)/respondent(s).)

_99_ CV _10175_ (KMW)( )

NOTICE OF APPEAL

*[FILED STAMP: U.S. DISTRICT COURT / SEP 15 2025 / S.D. OF N.Y.]*

Notice is hereby given that the following parties: **ISA "FRANK" BRIJA** _____

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☒ order    entered on:   **AUGUST 15, 2025** _____
(date that judgment or order was entered on docket)

that:

<u>DEFENDANT ISA "FRANK" BRIJA WAS FOUND TO BE IN CONTEMPT FOR VIOLATING PARAGRAPHS 4D AND 4E OF THE 2001 FINAL JUDGMENT BY THE</u>

<u>COURT. AS A RESULT HE WAS ORDERED BY THE COURT TO PAY THE COURT $300,000 IN COERCIVE SANCTIONS AS WELL AS PLAINTIFF'S ATTORNEYS' FEES.</u>
(If the appeal is from an order, provide a brief description above of the decision in the order.)

**SEPTEMBER 15, 2025** _____                          _/s/ Isa Brija_ _____
Dated                                                                            Signature*

**BRIJA, ISA** _____
Name (Last, First, MI)

**2289 1ST AVENUE APT #1**     **NEW YORK**          **NY**                    **10035**
Address                        City                 State                     Zip Code

**212-427-1812** _____                   **PATSYSPIZZA1@YAHOO.COM** _____
Telephone Number                                  E-mail Address (if available)

_____

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 15, 2025 12:56PM

ISA "FRANK" BRIJA

| Rcpt. No: 43127 | | Trans. Date: Sep 15, 2025 12:56PM | | | Cashier ID: #JE (6744) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $605.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** 99CV10175 KMW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.