UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

PATSY'S BRAND, INC.,

                     Plaintiff,

      -against-                                 99-CV-10175 (KMW)

I.O.B. REALTY, INC., PATSY'S INC.,                  **ORDER**
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                     Defendants.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The Court issues this Order to clarify the language in its August 15, 2025 Opinion and Order instructing Plaintiff's counsel to submit supplemental attorneys' fees and costs briefing. (Op. & Order, ECF No. 594.)

      On October 28, 2024, Plaintiff's counsel submitted a post-hearing brief seeking attorneys' fees and costs it incurred in bringing the motion to hold Defendants I.O.B. Realty, Inc. and Frank Brija, and Respondents Nexhmije Nezaj, Muharrem Memishaj, and Brian Roffe, in contempt. (Pl.'s Fees Mem., ECF No. 516.) Plaintiff's counsel filed an accompanying declaration, attaching as exhibits invoices containing the relevant time entries, until October 23, 2024, for work completed by attorneys and legal staff at Plaintiff's counsel's firm. (MacMull Decl., ECF No. 517.) Plaintiff's counsel requested that the Court permit a "post-October 23, 2024 supplemental attorneys' fees and costs application" to account for fees and costs Plaintiff's counsel expected to incur in moving to hold Respondent Adem Brija in contempt and deposing Respondent Roffe. (Pl.'s Fees Mem. at 1.)

On August 15, 2025, the Court held Defendants and Respondent Roffe in contempt, and ordered Defendants to reimburse Plaintiff for the reasonable attorneys' fees and costs that it incurred in bringing the motion. (Op. & Order at 36.) Accordingly, the Court ordered Plaintiff's counsel to "submit any supplemental documentation of reasonable attorneys' fees and costs that it incurred in this action after October 23, 2024, excising any time spent on the motion to hold Respondents Nexhmije Nezaj, Muharrem Memishaj, and Adem Brija in contempt." (*Id.*)

On August 21, 2025, Plaintiff's counsel filed a supplemental fees memorandum seeking reimbursement for attorneys' fees and costs incurred in this case after October 23, 2024, again attaching the relevant invoices. (Pl.'s Suppl. Fees Mem., ECF No. 595.) From these post-October 23, 2024 invoices, Plaintiff's counsel excised time spent on the motion to hold Respondents Nezaj, Memishaj, and Adem Brija in contempt; however, Plaintiff's counsel did not excise such time from the pre-October 23, 2024 invoices submitted with the first fees motion.

The Court recognizes that the language in its August 15, 2025 Opinion and Order did not clearly instruct Plaintiff's counsel to excise time from the pre-October 23, 2024 invoices. The Court now instructs Plaintiff's counsel to submit a supplemental memorandum, by September 26, 2025, excising time from the pre-October 23, 2024 invoices that concerns Respondents Nezaj, Memishaj, and Adem Brija. Counsel shall excise, for example, time entries with explicit reference to those Respondents ("Drafting additions to the legal brief to include new MM information"; "Call with client re: investigator's findings with MM"; "drafting letter to the Court regarding adding Adem Brija as a contemnor and review of trial transcripts from last contempt hearing for Adem Brija's testimony"; "Prepared notice of motion for adem brija").

Counsel need not, however, excise time spent on combined tasks, such as the time spent cross-examining Nezaj and Memishaj during the September 26, 2024 evidentiary hearing. This

2

is because the motion against Nezaj and Memishaj, although ultimately unsuccessful, was "inextricably intertwined" with the motion to hold Defendant Frank Brija in contempt. Moreover, the cross-examinations of Respondents proved that Frank Brija used Respondents' names to violate the Injunction in this case. *See Quaratino v. Tiffany & Co.*, 166 F.3d 422, 425 (2d Cir. 1999).

Aside from Plaintiff's counsel's forthcoming supplemental fees memorandum, the Court will not accept any further briefing.

SO ORDERED.

Dated: New York, New York
September 19, 2025

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge