```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 22, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PATSY'S BRAND, INC.,

                Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

                Defendants.
-----------------------------------------------------------X

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On September 3, 2025, Plaintiff Patsy's Brand, Inc. ("Plaintiff") filed a supplemental reply memorandum of law in support of their motion for attorneys' fees, Pl.'s Reply Mot., ECF No. 598, in response to Defendants' I.O.B. Realty, Inc. ("I.O.B. Realty") and Isa "Frank" Brija motion in opposition. (Defs.' Opp'n, ECF No. 596.) Plaintiff points out that Defendants included a "false quote" in their opposition brief, which Plaintiff contends is likely the product of a generative artificial intelligence ("AI") hallucination. (Pl.'s Reply Mot. at 9.) While Plaintiff acknowledges—and this Court has confirmed—that the case Defendants cite, *Kline v. Wolfe*, 702 F.2d 400, 405 (2d Cir. 1983), exists, the Court is unable to find the quoted language in this case or any other. The *Kline* decision has to do with class certification and does not reference the proposition for which Defendants cite the decision. Defendants had the opportunity to address this issue when they filed their most recent letter responding to Plaintiff's motion but neglected to do so. (Defs.' Letter, ECF No. 599.)

      Without more, the Court cannot conclude whether Defendants used generative AI in drafting a brief that includes a nonexistent case quotation. Counsel for Defendant I.O.B. Realty,

Inc., must know that it is their "professional obligation to read and confirm the existence and validity of the legal authorities on which [they rely,]" especially when using AI. *Flycatcher Corp. v. Affable Ave. LLC*, No. 24-CIV-9429 (S.D.N.Y. July 18, 2025) (Failla, J.) (order directing counsel to show cause why his filing should not be stricken for including hallucinated citations) (citing *Park v. Kim*, 91 F.4th 610, 615-16 (2d Cir. 2024)). Accordingly, the Court directs counsel for Defendants to explain in writing by no later than September 26, 2025, how the referenced quotation came to be included in their submission.

SO ORDERED.

Dated: New York, New York
September 22, 2025

/s/ *Kimba M. Wood*
KIMBA M. WOOD
United States District Judge