# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATSY'S BRAND, INC., *Plaintiff,* v. I.O.B. REALTY, INC., PATSY'S INC., FRANK BRIJA, JOHN BRECEVICH, and NICK TSOULOS *Defendants.* | Civil Action No. 99-cv-10175 (KMW) |

### JOINT AFFIDAVIT OF DENIS B. ROSE AND ISA "FRANK" BRIJA IN REPLY TO COURT'S SEPTEMBER 22, 2025 ORDER

**PART A – FRANK BRIJA**

1. I write to say that the Reply Memorandum (ECF. 598) was drafted and prepared entirely by me, and it was uploaded and filed with the Court as is, with no changes.

2. I relayed the memorandum to and asked attorney for IOB Realty to upload and file the document.

3. Counsel for Plaintiffs is correct that it was AI hallucination that caused for the improper case citation.

4. I did review the document but somehow missed independently verifying that specific citation.

5. I regret this oversight and apologize to the Court.

6. There was no malice or any intent to mislead.

1

## PART B – DENIS ROSE

7.  The details recounted by Mr. Brija above are correct.

8.  Your affirmant took this case understanding it would oversee the filing of a Reply Memorandum and that is all.

9.  The rancor, acrimony and non-stop litigation of this case may be beyond your affirmant's current ability and resources.

10. Truth be told, since the Court rendered its decision, I have not invested the same time and attention to the papers. I understand that I am responsible for every word on a document bearing my name and signature, even if prepared by someone else.

11. I have let myself and the Court down. This is not how I wish to be seen.

12. I heard of attorneys filing papers with incorrect ChatGPT produced citations. Never thought it would be me.

13. While I did review and read the brief, I did not independently verify every citation. Please accept my sincerest apologies.

14. I am aware that this is a serious mistake and shortcoming. I am ready to comply with any penalty deemed just and proper by the Court.

15. I do wish to practice in New York's federal courts for a long time to come.

Dated: September 26, 2025

With gratitude,

_____
Denis B. Rose
381 Park Ave S, STE 1220
New York, NY 10016
T: (917) 774-5947
E: esquiredenis@gmail.com
*Attorney for I.O.B. Realty, Inc.*

Respectfully submitted,

*/s/ Isa "Frank" Brija*
Isa "Frank" Brija
2289 1st Avenue Apt #1
New York, NY 10035
T: (212) 427-1812
E: patsyspizza1@yahoo.com
*Defendant appearing Pro se*

2