UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PATSY'S BRAND, INC.,

          Plaintiff,

  -against-

I.O.B. REALTY, INC., PATSY'S INC.,
FRANK BRIJA, JOHN BRECEVICH, and
NICK TSOULOS,

          Defendants.

--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  October 6, 2025
```

99-CV-10175 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On September 22, 2025, the Court directed counsel for Defendant I.O.B. Realty, Inc. ("I.O.B. Realty") to explain in writing how an apparently hallucinated artificial intelligence ("AI") case quotation came to be included in one of their submissions to this Court. (ECF No. 605.) On September 26, 2025, Denis Rose—counsel for Defendant I.O.B. Realty—and Defendant Isa "Frank" Brija submitted a joint affidavit in response. (Defs.' Joint Aff., ECF No. 606.)

      The Court reserves decision on whether to impose sanctions with respect to this matter.

SO ORDERED.

Dated: New York, New York
      October 6, 2025

                                                */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                          United States District Judge