

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

November 24, 2025

**VIA ECF ONLY**

Hon. Kimba M. Wood, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 26A
New York, New York 10007

> Re: *Patsy's Brand, Inc. v. I.O.B. Realty, Inc.*
> Case No. 99-cv-10175-KMW

Dear Judge Wood:

    We represent plaintiff Patsy's Brand, Inc. ("Patsy's Brand"). We write pursuant to Your Honor's Order awarding Patsy's Brand attorneys' fees and costs and directing counsel to "certify in writing to the Court when it has received the required payments" from defendants Frank Brija and I.O.B. Realty, Inc. ("Defendants"). (ECF 610 at 11). The undersigned received a certified check in the amount of the required payment from Defendants on November 21, 2025. The undersigned hereby certifies under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)
Frank Brija (*via email only*)

4936-0471-6668, v. 1